IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BOBBIE IVEY                                                                                    PLAINTIFF

v.                             No. 5:18-cv-140-DPM

DREW MEMORIAL HOSPITAL, INC.,
Fictitious names DREW ANESTHESIA,
DREW MEMORIAL HOSPITAL SYSTEM,
DREW MEMORIAL HOSPITAL, DREW
MEMORIAL HOSPITAL HOME HEALTH
AGENCY, DREW MEMORIAL HOSPITAL
PERSONAL CARE                                                                      DEFENDANT

## JUDGMENT

Based on the parties' stipulation, the complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 August 2019